■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILIP W. MURRAY, Appellant. — Judgment unanimously modified, as a matter of discretion in the interest of justice, by reducing the sentence imposed to a definite term of one year, and otherwise judgment affirmed. (Appeal from judgment of Allegany County Court, Serra, J. — unauthorized practice of medicine.) Present — Simons, J. P., Callahan, Denman, Moule and Schnepp, JJ.